828

**PHILLIPS PETROLEUM COMPANY**

v.

**FEDERAL POWER COMMISSION.**

No. 6154.

United States Court of Appeals
Tenth Circuit.

Oct. 29, 1959.

Rayburn L. Foster, Harry D. Turner, H. K. Hudson, Kenneth Heady and James G. Williams, Jr., Bartlesville, Okl., for petitioner.

Willard W. Gatchell, Gen. Counsel, and Howard E. Wahrenbrock, Sol., Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition to review and set aside order of the Federal Power Commission dismissed with prejudice on joint motion of the parties.

**Charles A. MEEKER**

v.

**AMBASSADOR OIL CORPORATION et al.**

No. 6175.

United States Court of Appeals
Tenth Circuit.

Nov. 19, 1959.

Charles A. Meeker, Albuquerque, N. M., appearing pro se.

C. Harold Thweatt, Oklahoma City, Okl., and George R. Inglish and Carland E. Smith, Okmulgee, Okl., appearing for appellees.

Before MURRAH, Chief Judge, BREITENSTEIN, Circuit Judge, and CHRISTENSON, District Judge.

PER CURIAM.

Cause dismissed for lack of a final judgment or appealable order, and cause remanded to the district court to allow amendments with respect to jurisdictional facts and for such further proceedings as the court deems meet and proper and for the entry of a final judgment.

**DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY**

v.

**UNITED STATES of America.**

No. 6231.

United States Court of Appeals
Tenth Circuit.

Nov. 3, 1959.

Grant H. Bagley and Grant Macfarlane, Jr., Salt Lake City, Utah, for appellant.

A. Pratt Kesler, U. S. Atty., and William Jack Adams, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to written stipulation of counsel. D.C., 175 F.Supp. 662.